# UNITED STATES DISTRICT COURT

SOUTHERN        **DISTRICT OF**        OHIO

DARYL BLACK,

Plaintiff,

V.

CITY OF BLUE ASH, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  1:08-cv-00584

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...that the Court GRANTS Defendants' Motions for Summary Judgment (docs. 35, 36 and 37), DISMISSES Plaintiff's 42 U.S.C. Section 1983 claims WITH PREJUDICE, and DISMISSES Plaintiff's state law claims WITHOUT PREJUDICE.

3/17/2010

Date

JAMES BONINI, CLERK

Clerk

s/Kevin Moser

(By) Deputy Clerk